IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00298-RPM-BNB

FFE TRANSPORTATION SERVICES, INC.,

Plaintiff,

v.

PAUL CIGOLINI, and
LUCILLE CIGOLINI,

Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation for Dismissal with Prejudice [11], filed on May 2, 2009, it is

ORDERED that this matter and the Complaint herein are dismissed against Defendant, PAUL CIGOLINI with prejudice, with each party to pay their own costs and attorneys' fees.

DATED this 28th day of May, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge