IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00298-RPM-BNB

FFE TRANSPORTATION SERVICES, INC.,

Plaintiff,

v.

LUCILLE CIGOLINI,

Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to FFE Transportation Services, Inc.'s Voluntary Motion to Dismiss with Prejudice Claims Against Defendant Lucille Cigolini [13], filed on June 12, 2009, it is

ORDERED that this matter and the Complaint herein are dismissed against Defendant, LUCILLE CIGOLINI with prejudice, with each party to pay their own costs.

DATED this 15th day of June, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge